IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00120-AP

RICHARD M. VANWORMER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

### 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Charles E. Binder | Alexess D. Rea |
| Law Offices of Binder and Binder, P.C. | Social Security Administration |
| 60 East 42nd Street, Suite 520 | Office of General Counsel, Region VIII |
| New York, New York 10165 | 1001 17th Street |
| Phone: (212) 677-6801 | Denver, Colorado 80202 |
| Fax: (646) 273-2196 | 303-844-7101 |
| fedcourt@binderlawfirm.com | Fax: 303-844-0770 |
| | alexess.rea@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint Was Filed:** | January 18, 2012 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | March 22, 2012 |
| **C. Date Answer and Administrative Record Were Filed:** | May 21, 2012 |

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate. To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

| | |
|---|---|
| **A. Plaintiffs Opening Brief Due:** | August 6, 2012 |
| **B. Defendant's Response Brief Due:** | September 5, 2012 |
| **C. Plaintiffs Reply Brief (If Any) Due:** | September 19, 2012 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of June 2012

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Charles E. Binder | /s/ Alexess D. Rea |
| Charles E. Binder | Alexess D. Rea |
| Law Offices of Binder and Binder, P.C. | Social Security Administration |
| 60 East 42nd Street, Suite 520 | Office of General Counsel, Region VIII |
| New York, New York 10165 | 1001 17th Street |
| Phone: (212) 677-6801 | Denver, Colorado 80202 |
| Fax: (646) 273-2196 | 303-844-7101 |
| fedcourt@binderlawfirm.com | Fax: 303-844-0770 |
| | alexess.rea@ssa.gov |