IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-120-AP**

**RICHARD M. VANWORMER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Plaintiff's Unopposed Motion for Attorneys Fees Under the Equal Access to Justice Act, (doc. #21), filed October 16, 2012, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorneys $6,000.00 be granted and costs be granted in the amount of $350.00, payable from the Judgment Fund.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010) attorney's fees are payable to Plaintiff.  However, after the fee award is final the check will be mailed to the office of Plaintiff's counsel pursuant to the assignment of fees from the Plaintiff if it is determined that there is no outstanding federal debt owed by the Plaintiff.

Dated at Denver, Colorado, this 17th day of October, 2012.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT