IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-120-AP**

**RICHARD M. VANWORMER,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Court, having read the Petition of Charles E. Binder, attorney for the Plaintiff in the above entitled case (docs. #23 and 24) dated the 21st day of November, 2013 for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $26,339.25, which represents 25% of the past due benefits awarded to the Plaintiff, to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff will remit the previously awarded Equal Access to Justice Act fees of $6,000.00 directly to the Plaintiff.

Dated at Denver, Colorado, this 26th day of November, 2013.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT